UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
   STEVEN DOUGLAS ROTHWELL  
   KAREN ROTHWELL  
                        Debtors

CASE NO: 07-30872  
     (Chapter 13)  

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050587**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 25 | CHECKSMART INC<br>1595 SOUTH ERIE BLVD<br>SUITE 1<br>HAMILTON, OH  45011 | 0.30 |
| 29/ 71 | MONEY BACK<br>5658 SPRINGBORO PIKE<br>DAYTON, OH  45449 | 6.56 |
| 42/ 41 | EMERGENCY MEDICINE SPECIALISTS<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 2.51 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com  

Dated: 12/17/2010

Certificate of Service     07-30872

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEVEN DOUGLAS ROTHWELL
70 BEAM DRIVE APT L
FRANKLIN, OH  45005

KAREN ROTHWELL
115 BROADRIPPLE ROAD
CENTERVILLE, OH  45458

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(108.1n)
AES/PHEAA
LOAN ASSETS MANAGEMENT
PO BOX 8147
HARRISBURG, PA  17105

(25.1)
CHECKSMART INC
1595 SOUTH ERIE BLVD
SUITE 1
HAMILTON, OH  45011

(109.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(41.1)
EMERGENCY MEDICINE SPECIALISTS
% NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA  19101

(41.3)
EMERGENCY MEDICINE SPECIALISTS
% NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD DEPT 500
BALTIMORE, MD  21230

(106.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(71.1)
MONEY BACK
5658 SPRINGBORO PIKE
DAYTON, OH  45449

(100.1n)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(111.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(110.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner     sv