UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　STEVEN DOUGLAS ROTHWELL<br>　KAREN ROTHWELL<br>　　　　　　　　　　　Debtors | CASE NO: 07-30872<br>　　　(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4051115**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 31/ 79 | OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | 5.50 |
| 37/ 103 | FIRST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 | 4.27 |
| 41/ 40 | EMERGENCY MEDICINE SPECIALISTS<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 2.51 |

　/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service                              07-30872

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| STEVEN DOUGLAS ROTHWELL<br>70 BEAM DRIVE APT L<br>FRANKLIN, OH  45005 | KAREN ROTHWELL<br>115 BROADRIPPLE ROAD<br>CENTERVILLE, OH  45458 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 |
| (108.1n)<br>AES/PHEAA<br>LOAN ASSETS MANAGEMENT<br>PO BOX 8147<br>HARRISBURG, PA  17105 | (109.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 | (40.1)<br>EMERGENCY MEDICINE SPECIALISTS<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 |
| (40.3)<br>EMERGENCY MEDICINE SPECIALISTS<br>% NCO FINANCIAL SYSTEMS INC<br>1804 WASHINGTON BLVD DEPT 500<br>BALTIMORE, MD  21230 | (106.1n)<br>EMERSON KECK<br>318 W FOURTH<br>DAYTON, OH  45402 | (103.1)<br>FIRST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 |
| (79.1)<br>OSI COLLECTION SERVICES<br>BOX 947<br>BROOKFIELD, WI  53008 | (79.3)<br>OSI COLLECTION SERVICES INC<br>BANKRUPTCY DEPARTMENT<br>BOX 105127<br>ATLANTA, GA  30348 | (111.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 |
| (110.1n)<br>RECOVERY MANAGEMENT SYSTEMS CO<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 | | |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                    sv